IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02134-RPM

DARWIN MORRIS,

      Plaintiff,

v.

DEPUTY SHERIFF NATHAN OPSAHL, and
BOARD OF COUNTY COMMISSIONERS FOR SUMMIT COUNTY COLORADO,

      Defendants.

_____

ORDER SETTING SCHEDULING CONFERENCE

_____

Pursuant to D.C.COLO.LCivR 16, it is

ORDERED that  a scheduling conference will be held on **October 31, 2012, at 11:30 a.m.**

in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout

Street, Denver, Colorado.   Counsel are directed to comply with the Instructions for Preparation of

Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx**

(Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions

(Rev. 11/11).  The proposed order (original only) on paper, shall be submitted directly to chambers

by **4:00 p.m. on October 25, 2012.**  The conference is conducted with lead counsel present in

person.  No parties or representatives of parties will be permitted to attend.

Dated:   September 25, 2012

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge