IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-CV-02134-RPM-MEH

DARWIN MORRIS,

    Plaintiff,

v.

DEPUTY SHERIFF NATHAN OPSAHL, individually;
SHERIFF OF SUMMIT COUNTY, COLORADO, in his official capacity,

    Defendants.

---

### ORDER TO MODIFY SCHEDULING ORDER

---

The Court having reviewed the Joint Motion to Modify Scheduling Order hereby GRANTS the Motion and ORDERS as follows:

1. Plaintiff's expert disclosures due on or before May 31, 2013, Defendant expert witnesses are due on or before July 1, 2013 and rebuttal disclosures due on or before July 22, 2013.

2. The Discovery Cutoff date is extended to August 1, 2013.

3. The Dispositive Motion deadline is extended to August 30, 2013.

Dated this 20 day of February 2013.

                                  BY THE COURT:

                                  _____
                                  Richard P. Matsch
                                  United States District Court Judge