# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 12-CV-02134-RPM-MEH

DARWIN MORRIS,

    Plaintiff,

v.

DEPUTY SHERIFF NATHAN OPSAHL, individually;
SHERIFF OF SUMMIT COUNTY, COLORADO, in his official capacity,

    Defendants.

_____

## ORDER TO MODIFY SCHEDULING ORDER
_____

The Court having reviewed the Joint Motion to Modify Scheduling Order hereby GRANTS the Motion and ORDERS as follows:

1. Plaintiff's expert disclosures due on or before June 21, 2013, Defendant expert witnesses are due on or before July 22, 2013 and rebuttal disclosures due on or before August 12, 2013.

2. The Discovery Cutoff date is extended to August 22, 2013.

3. The Dispositive Motion deadline is extended to September 20, 2013.

Dated this 6th day of May, 2013.

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch
                Senior United States District Court Judge