IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02134-RPM-MEH

DARWIN MORRIS,

    Plaintiff,

v.

DEPUTY SHERIFF NATHAN OPSAHL, and
SHERIFF OF SUMMIT COUNTY COLORADO, in his official capacity

    Defendants.

_____

## ORDER TO AMEND SCHEDULING ORDER
_____

The Court having reviewed the Unopposed Motion to Amend Scheduling Order hereby GRANTS the Motion and ORDERS as follows:

1.     Discovery Cutoff date is extended to September 20, 2013.

2.     The Dispositive Motion deadline is extended to October 11, 2013.

Dated this 22nd day of August, 2013.

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch
                              United States District Court Judge