# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                      February 19, 2014
Courtroom Deputy:          J. Chris Smith
FTR Technician:            Kathy Terasaki

___

Civil Action No. 12-cv-02134-RPM

| | |
|---|---|
| DARWIN MORRIS, | Anna C. Holland-Edwards |
| | Erica T. Grossman |
| Plaintiff, | John R. Holland |
| v. | |
| DEPUTY SHERIFF NATHAN OPSAHL, and | Eric M. Ziporin |
| SHERIFF OF SUMMIT COUNTY COLORADO, | Josh A. Marks |
| in his official capacity, | |
| Defendants. | |

___

## COURTROOM MINUTES
___

**Hearing on Motion for Summary Judgment**

**2:00 p.m.        Court in session.**

Plaintiff present.

Court's preliminary remarks and states its summary of the case facts and claims.

Argument by Ms. Holland-Edwards.
Argument by Ms. Grossman.

Argument by Mr. Marks.

Further argument by Ms. Holland-Edwards.

**ORDERED:    Defendant Sheriff of Summit County's Motion for Summary Judgment [32], is granted and a written order will be prepared and entered.**

**2:35 p.m.        Court in recess.**

Hearing concluded.  Total time: 35 min.