IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02134-RPM

DARWIN MORRIS,

    Plaintiff,

v.

DEPUTY SHERIFF NATHAN OPSAHL, individually;
SHERIFF OF SUMMIT COUNTY, COLORADO, in his official capacity,

    Defendants.

_____

# JUDGMENT
_____

Pursuant to the Memorandum Opinion and Order entered by Senior District Judge Richard P. Matsch entered on February 21, 2014, it is

ORDERED AND ADJUDGED that the complaint in this action is dismissed as to the Sheriff of Summit County, Colorado.  Defendant is awarded costs upon the filing of a bill of costs within 14 days.

Dated this 21st day of February, 2014.

                FOR THE COURT:

                JEFFREY P. COLWELL, Clerk

                    s/M. V. Wentz
          By_____
                      Deputy