IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02134-RPM

DARWIN MORRIS,

      Plaintiff,
v.

DEPUTY SHERIFF NATHAN OPSAHL, individually;

      Defendant.
_____

ORDER SETTING PRETRIAL CONFERENCE
_____

      The Court having determined that a pretrial conference should now be scheduled, it is

      ORDERED that a pretrial conference is scheduled for **March 25, 2014, at 11:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIII Judges/HonRichardPMatsch.aspx . The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **March 20, 2014.** The conference is conducted with <u>lead counsel present in person</u>. No parties or representatives of parties will be permitted to attend.

      DATED:   February 24th, 2014

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior District Judge