IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02134-RPM

DARWIN MORRIS,

    Plaintiff,

v.

DEPUTY SHERIFF NATHAN OPSAHL, individually;

    Defendant.
_____

## ORDER OF DISMISSAL
_____

Pursuant to the Stipulation of Dismissal with Prejudice [54] filed April 14, 2014, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own costs and attorney fees.

DATED:   April 15th, 2014

                                BY THE COURT:

                                s/Richard P. Matsch

                                _____
                                Richard P. Matsch, Senior District Judge